UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YASIR MEHMOOD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JASON KO, et al.,<br><br>　　　　　Defendants. | Case No. 18-cv-06653-HSG (PR)<br><br>**JUDGMENT** |

　　　This action is dismissed because it was not filed before the expiration of the statute of limitations.

　　　**IT IS SO ORDERED AND ADJUDGED.**

Dated: 2/12/2019

　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　United States District Judge